**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     In re Ramon Salgado

Appellate case number:   01-14-00328-CR

Trial court case number:  868211

Trial court:             177th District Court of Harris County

On August 6, 2014, appellant filed his "Motion to Extend Time to File the Motion for Rehearing." The motion is **GRANTED**. Appellant's motion for rehearing is considered timely filed as of August 18, 2014.

It is so ORDERED.

Judge's signature: /s/ <u>Rebeca Huddle</u>
                 ☒ Acting individually     ☐ Acting for the Court

Date:  August 26, 2014